**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

Rome Division

In Re:  Debtor(s)
**Warren Grant Boelhouwer**
107 Atteiram Drive
Rome, GA 30161

xxx–xx–5568

Carla Sue Boelhouwer
107 Atteiram Drive
Rome, GA 30161

xxx–xx–3292

Case No.: **12–43249–mgd**
Chapter:  **13**
Judge:  **Mary Grace Diehl**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:  November 9, 2016

*Mary Grace Diehl*
_____
Mary Grace Diehl
United States Bankruptcy Judge

Form 133a