

**IT IS ORDERED as set forth below:**

**Date: December 28, 2016**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA- ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 12-43249-MGD |
| WARREN GRANT BOELHOUWER AND | : | |
| CARLA SUE BOELHOUWER AKA | : | CHAPTER: 13 |
| CARLA KING AKA | : | |
| CARLA K. BOELHOUWER, | : | JUDGE: MARY GRACE DIEHL |
| Debtors. | : | |
| _____ | :: | |
| FEDERAL NATIONAL MORTGAGE | : | CONTESTED MATTER |
| ASSOCIATION ("FANNIE MAE"), BY | : | |
| SETERUS, INC. AS THE AUTHORIZED | : | |
| SUBSERVICER, | : | |
| Movant | : | |
| v. | | |
| WARREN GRANT BOELHOUWER AND | | |
| CARLA SUE BOELHOUWER AKA | | |
| CARLA KING AKA | | |
| CARLA K. BOELHOUWER, Debtors | | |
| MARY IDA TOWNSON, Trustee, | | |
| Respondents. | | |
| _____ | | |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY( #63)

The above styled Motion having been scheduled for a hearing before the Court on

November 8, 2016, upon Notice of Assignment of Hearing to each of the above-captioned parties

in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 107 Atteiram Drive, Rome, Georgia 30161 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through November 1, 2016, totals $3,406.52, including 4 payments of $595.13 each, $176.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall receive credit for $348.27 in suspense. Debtor is ordered to pay the sum of $605.00 instanter.  Beginning December 1, 2016 Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning December 15, 2016 and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $272.58 per month, for eight (8) months and one (1) payment of $272.61 or until the arrearage is cured.  Payments should be sent to:

Seterus, Inc
PO Box 54420
Los Angeles, CA 90054-0420

or to such address as may be designated.  It is further

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for a period of eighteen months from the date of entry of this order, then upon notice of default sent by first class mail to Debtors, attorney for Debtors and the Trustee, and failure of Debtors to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtors, attorney for Debtors and the Trustee, and the Court may enter an Order modifying the automatic stay,

without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

END OF DOCUMENT

CONSENTED TO BY:

/s/ Bryce Noel_____.
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: bnoel@aldridgepite.com


/s/ Jeffrey B. Kelly_____ with express permission
Jeffrey B. Kelly No.412798
Attorney for Debtor(s)
107 E. 5th Avenue
Rome, GA 30161
Phone: 678-861-1127
kellygabankruptcy@gmail.com


Signatures Continued

NO OPPOSITION:

/s/ K. Edward Safir_____ with express permission
K. Edward Safir, Bar No. 622149
Attorney for Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
Phone: 404-525-1110

DISTRIBUTION LIST

Warren Grant Boelhouwer
107 Atteiram Drive
Rome, GA 30161


Carla Sue Boelhouwer
107 Atteiram Drive
Rome, GA 30161

Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161

Mary Ida Townson
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Aldridge Pite, LLP
Suite 500 - Fifteen Piedmont Center
3575 Piedmont Road, NE
Atlanta, GA 30305