**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| In re:<br>WARREN GRANT BOELHOUWER<br>CARLA SUE BOELHOUWER<br>Debtor(s) | Case No. R12-43249-BEM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/30/2012.

2) The plan was confirmed on 01/31/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/10/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2014, 09/09/2016.

5) The case was completed on 11/27/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,103.00.

10) Amount of unsecured claims discharged without payment: $223,124.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $47,349.00 |
| Less amount refunded to debtor | $2.07 |
| **NET RECEIPTS:** | **$47,346.93** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,996.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,457.84 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,453.84** |

Attorney fees paid and disclosed by debtor:   $4.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS BANK FSB | Unsecured | 1,932.00 | 1,894.13 | 1,894.13 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK, FSB | Unsecured | 5,546.00 | 5,450.36 | 5,450.36 | 0.00 | 0.00 |
| BACK BOWL I LLC | Unsecured | 346.00 | 346.24 | 346.24 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP. | Unsecured | 19,167.00 | 19,167.04 | 19,167.04 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP. | Unsecured | 21,945.00 | 21,945.07 | 21,945.07 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 18,401.00 | 18,401.80 | 18,401.80 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,400.00 | 2,399.92 | 2,399.92 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | NA | 400.00 | 400.00 | 400.00 | 0.00 |
| FLOYD HEALTHCARE MANAGEMEN | Unsecured | 0.00 | 10,216.00 | 10,216.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 35,000.00 | 36,144.93 | 36,144.93 | 36,144.93 | 4,348.16 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 11,949.00 | 11,949.99 | 11,949.99 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 972.00 | 1,028.53 | 1,028.53 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 3,634.00 | 3,659.42 | 3,659.42 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 4,552.00 | 4,552.00 | 4,552.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 1,305.00 | 1,305.63 | 1,305.63 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 946.00 | 946.28 | 946.28 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 648.89 | 648.89 | 0.00 | 0.00 |
| REDMOND REGIONAL MED CTR | Unsecured | NA | 210.70 | 210.70 | 0.00 | 0.00 |
| YASHICA HALE | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Mortgage | Secured | 8,206.00 | NA | NA | 0.00 | 0.00 |
| Reagin Law Group, P.C. | Unsecured | 2,071.00 | NA | NA | 0.00 | 0.00 |
| Reagin Law Group, P.C. | Unsecured | 2,536.00 | NA | NA | 0.00 | 0.00 |
| Trans Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 1,627.00 | NA | NA | 0.00 | 0.00 |
| Floyd Medical | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| GE Money Bank/Lowes | Unsecured | 2,631.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA | Unsecured | 27,396.00 | NA | NA | 0.00 | 0.00 |
| Chase/Best Buy | Unsecured | 5,656.00 | NA | NA | 0.00 | 0.00 |
| Chase Auto Finance | Unsecured | 9,216.00 | NA | NA | 0.00 | 0.00 |
| Scana Energy Marketing | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Simpson Law Offices, LLP | Unsecured | 31,624.00 | NA | NA | 0.00 | 0.00 |
| Larry Martin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Credit Services/51 | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services/99 | Unsecured | 1,310.00 | NA | NA | 0.00 | 0.00 |
| Collection SVC of Athens | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Collection SVC of Athens | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| eCast Settlement Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Equifax | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,495.00 | NA | NA | 0.00 | 0.00 |
| GA DOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Gadston | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Bank | Unsecured | 20,000.00 | 20,128.21 | 20,128.21 | 0.00 | 0.00 |
| Suntrust Bank | Unsecured | 9,552.00 | 4,254.81 | 4,254.81 | 0.00 | 0.00 |
| Suntrust Bank | Unsecured | NA | 5,350.63 | 5,350.63 | 0.00 | 0.00 |
| VANDA, LLC | Unsecured | 1,171.00 | 1,200.56 | 1,200.56 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $36,144.93 | $36,144.93 | $4,348.16 |
| All Other Secured | $400.00 | $400.00 | $0.00 |
| **TOTAL SECURED:** | **$36,544.93** | **$36,544.93** | **$4,348.16** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$135,056.21** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,453.84 |
| Disbursements to Creditors | $40,893.09 |
| **TOTAL DISBURSEMENTS:** | **$47,346.93** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/18/2018        By: /s/ Mary Ida Townson
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| WARREN GRANT BOELHOUWER | ) | |
| CARLA SUE BOELHOUWER | ) | CASE NO. R12-43249-BEM |
| | ) | |
| DEBTORS | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   WARREN GRANT BOELHOUWER
   107 ATTEIRAM DRIVE
   ROME, GA  30161


   CARLA SUE BOELHOUWER
   107 ATTEIRAM DRIVE
   ROME, GA  30161

By consent of the parties, the following have received an electronic copy of the foregoing through the Court's Electronic Case Filing System.

   LAW OFFICE OF JEFFREY B. KELLY


DATED:  05/18/2018

                                                     /S/
                                        Mary Ida Townson, Chapter 13 Trustee
                                        State Bar No. 715063
                                        191 Peachtree Street
                                        Suite 2200
                                        Atlanta, GA  30303-1740
                                        (404) 525-1110
                                        maryidat@atlch13tt.com


**UST Form 101-13-FR-S (9/1/2009)**